IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY D. GREEN, | ) | 8:15CV122 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| SCOTT R. FRAKES, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on its own motion. On April 20, 2015, the Court ordered Petitioner to submit either the $5.00 filing fee or a request to proceed in forma pauperis. The Court ordered Petitioner to do so within 30 days or face dismissal of this action. To date, Petitioner has not complied with the Court's order or taken any other action in this case. Accordingly,

IT IS ORDERED:

1. Petitioner has 30 days to show cause why this case should not be dismissed for his failure to comply with this Court's order. Failure to show cause will result in the Court dismissing this case without further notice to Petitioner.

2. The Clerk of the Court is directed to set the following case management deadline: July 6, 2015: check for response to show cause order.

DATED this 4th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge