IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY D. GREEN, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV122 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director of | ) | **MEMORANDUM** |
| Department of Corrections for the State | ) | **AND ORDER** |
| of Nebraska, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 27). Petitioner filed a Notice of Appeal on June 6, 2016 (Filing No. 20). Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that:

1. Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 27) is granted.

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 1st day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge